

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00346-CV

### IN THE ESTATE OF JOHN WILLIAM SHANLEY, DECEASED

From the County Court At Law No 1, Guadalupe County, Texas
Trial Court No. 2025-PC-0089
Honorable William (Bill) G. Squires III, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: July 16, 2025

DISMISSED

The filing fee of $205, which was due from appellant Heidi Belle Shanley when this appeal was filed, has not been paid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5. Accordingly, on June 16, 2025, we ordered appellant, no later than June 30, 2025, to either (1) pay the applicable filing fee or (2) provide written proof to this court that she is excused by statute or the Rules of Appellate Procedure from paying the fee. *See id.* R. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order cautioned appellant that we would dismiss this appeal if she failed to timely and satisfactorily respond to our June 16, 2025 order. *See id.* R. 42.3(c).

Appellant did not respond to our June 16, 2025 order. Accordingly, this appeal is dismissed.

PER CURIAM